No. 87–1911. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* GUILFORD TRANSPORTATION INDUSTRIES, INC., ET AL.  C. A. 1st Cir.  Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 87–2049. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 8th Cir.  Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 87–6980. VENTURI *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until July 21, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–7128. IN RE MAHDI.  Petition for writ of habeas corpus denied.

No. 87–1224. ORING *v.* STATE BAR OF CALIFORNIA.  Appeal from Sup. Ct. Cal.  Probable jurisdiction noted.

No. 87–1939. BARNARD, CHAIRMAN OF THE COMMITTEE OF BAR EXAMINERS OF THE VIRGIN ISLANDS *v.* THORSTENN ET AL.; and
No. 87–2008. VIRGIN ISLANDS BAR ASSN. *v.* THORSTENN ET AL. C. A. 3d Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 842 F. 2d 1393.